United States District Court
Southern District of Texas
**ENTERED**
January 31, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent. | § | |
| | § | |
| | § | CRIMINAL NO. H-03-0346-1 |
| VS. | § | CIVIL ACTION H-14-207 |
| | § | |
| JOHN CALLEN, JR., | § | |
| | § | |
| Defendant/Movant, | § | |

## FINAL JUDGMENT OF DISMISSAL

Pursuant to the Opinion and Order entered on this day, the Court

ORDERS that Movant John Callen Jr.'s ("Callen's") motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 and supplements are DENIED and Respondent the United States of America's motion to dismiss is GRANTED WITH PREJUDICE.

THIS IS A FINAL JUDGMENT.

**SIGNED** at Houston, Texas, this 31st day of January, 2017.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE